JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MARTIN, on behalf of herself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FORD MOTOR COMPANY, a Corporation,<br><br>　　　　　　　　Defendant. | No. CV 20-10365-DMG (JPRx)<br><br>**JUDGMENT** |

1  This Court having granted Defendant Ford Motor Company's motion for summary
2  judgment by Order dated March 28, 2025,
3  IT IS ORDERED, ADJUDGED, and DECREED that judgment is entered in favor
4  of Defendant Ford Motor Company and against Plaintiff Cynthia Martin.

6  DATED: March 28, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE